IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01297-REB-MJW

STEPHEN D. BLACK,

Plaintiff,

v.

SPROUTS FARMERS MARKET, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate the Scheduling/ Planning Conference (Docket No. 15) is GRANTED.  The Scheduling Conference set for July 29, 2015, at 10:00 a.m. is VACATED and RE-SET for September 3, 2015, at 10:00 a.m.

Date: July 10, 2015