**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 15-cv-01297-REB-MJW

STEPHEN D. BLACK,

    Plaintiff,

v.

SPROUTS FARMERS MARKET, INC., fka SPROUTS FARMERS MARKET, LLC,

    Defendant.

---

**ORDER APPROVING STIPULATION RE: AGREED VENUE
TO THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

---

**Blackburn, J.**

The matter before me is the parties' **Stipulation Re: Agreed Venue of the United States District Court for the Southern District of New York** [#39],[1] filed December 14, 2015. This stipulation comes in response my **Order Granting Defendant's Motion To Transfer Venue** [#38], filed November 19, 2015. (*See id.* ¶ 4 at 8.) Having considered the motion, the record, and the apposite law, I find that the stipulation is proper and should be approved and that this case should be transferred to the United States District Court for the Southern District of New York.

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the parties' **Stipulation Re: Agreed Venue of the United States District Court for the Southern District of New York** [#39], filed December 14, 2015, is approved; and

2.  That this case is transferred to the United States District Court for the Southern District of New York, Manhattan Division (500 Pearl Street, New York, NY 10007-1312).

Dated December 16, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge